UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Jermaine Goode, # 300898, ) | C/A No. 4:13-3158-MGL-TER |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| The Town of Kingstree; Williamsburg County; ) | |
| The State of South Carolina; Clerk; ) | |
| Domonique Jones Goode; Mark Whitfield; ) | |
| J. Jenkins; Randy Foxworth; Dep. Hayes; ) | |
| Robert Ford; William Driggers; Ellerbe Ackerman; ) | |
| Delores Williams; Chief Williams, KPD; ) | |
| Laverne Gamble; Freddie Davis; Ron Dozier; ) | |
| Vincent Staggers; Ronald McClary; Sgt. Hamlett; ) | |
| Officer Robert Lee; Officer Jackson; ) | |
| Sheriff Michael Johnson; Cpl Steve Dukes; ) | |
| Deputy Kennedy; Lt Scott; Laura Brown; ) | |
| Sharon Staggers, Clifton Newman; Kimberly Barr; ) | |
| Tyler Brown; Black River Healthcare; and ) | |
| Pat Doe of Black River Healthcare; ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on Defendants' motion to compel discovery filed July 29, 2015. (Doc. #158). Defendants state that they served discovery requests upon the Plaintiff on June 15, 2015, and he failed to file a response. Defendants' counsel asserts that he discussed the outstanding discovery with the Plaintiff by telephone on July 8, July 10, and July 23, 2015, and forwarded the discovery requests to the email address given by Plaintiff when he requested counsel to forward it to him via email. Plaintiff has failed to respond to the motion to compel.

Defendants' motion to compel is granted, and Plaintiff is directed to respond to Defendants' discovery requests pursuant to this order or his case may be dismissed for failure to prosecute

1

pursuant to Rule 41 of the Federal Rules of Civil Procedure, with prejudice.

       IT IS SO ORDERED.

                                                    s/Thomas E. Rogers, III
                                                    Thomas E. Rogers, III
                                                    United States Magistrate Judge

September 14, 2015
Florence, South Carolina